IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| NUEVOLUTION A/S and <br> PETER BIRK RASMUSSEN <br><br> Plaintiffs, <br><br> v. <br><br> HENRIK PEDERSEN and <br> CHEMGENE HOLDING ApS, <br><br> Defendants. | CIVIL ACTION NO. 1:14-cv-00357 <br> (CMH) (TCB) <br><br> December 3, 2014 |

**PLAINTIFFS NUEVOLUTION A/S'S AND PETER BIRK
RASMUSSEN'S MOTION FOR CLARIFICATION OR,
<u>ALTERNATIVELY, TO ALTER OR AMEND THE JUDGMENT</u>**

For the reasons set forth in the accompanying memorandum of law, Plaintiffs Nuevolution A/S and Peter Birk Rasmussen (collectively, "Plaintiffs"), hereby move the Court for clarification or, alternatively, to alter or amend the Court's November 5, 2014 Order Granting Defendants Dr. Henrick Pedersen and Chemgene Holdings ApS's (collectively, "Defendants") Motion to Dismiss. ECF No. 33. Plaintiffs, respectfully, request that this Court clarify or, alternatively, alter or amend its prior Order to condition its *forum non conveniens* dismissal on Defendants' stipulation that in the event the Danish courts issue a final decision determining that Henrik Pedersen is the sole or co-inventor of the invention covered by the Danish priority application and the PCT application they will be bound by such determination of inventorship with respect to the relevant U.S. patents and related applications as if the decision had been issued by a competent U.S. court.

Respectfully submitted, this 3rd day of December, 2014

| | |
|---|---|
| PETER BIRK RASMUSSEN | NUEVOLUTION A/S |
| By: /s/ Richard L. Beizer<br>Richard L. Beizer (VSB # 02646)<br>Andy Liu (*pro hac vice*)<br>CROWELL & MORING LLP<br>1001 Pennsylvania Ave., NW<br>Washington, DC 20004<br>Telephone: (202) 624-2500<br>Facsimile: (202) 628-5116<br>rbeizer@crowell.com<br>aliu@crowell.com<br><br>*Attorneys for Peter Birk Rasmussen* | By: /s/ Sara E. Kropf<br>Sara E. Kropf (VA Bar. No. 84931)<br>Law Office of Sara Kropf PLLC<br>1001 G St. NW, Suite 800<br>Washington, DC 20001<br>Telephone: (202) 627-6900<br>Fax: (202) 347-0316<br>sara@kropf-law.com<br><br>James H. Bicks (*pro hac vice*)<br>Wiggin and Dana LLP<br>Two Stamford Plaza<br>Tresser Boulevard<br>Stamford, Connecticut 06901<br>Telephone: (203) 363-7622<br>Fax: (203) 363-7676<br>jbicks@wiggin.com<br><br>*Attorneys for Nuevolution A/S* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2014 I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Richard L. Beizer
CROWELL & MORING, LLP
1001 Pennsylvania Ave NW
Washington, DC 20004
rbeizer@crowell.com

William J. Utermohlen
OLIFF PLC
277 South Washington Street
Suite 500
Alexandria, Virginia 22314
wutermohlen@oliff.com

/s/ Sara E. Kropf
Sara E. Kropf (VSB #84931)